IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

ALEXIS SANTOS RIVERA
MARIA S CRUZ VELAZQUEZ

Case No.: 11-00926 (SEK)

Chapter 13

Debtor(s)

TRUSTEE'S POSITION AS TO DEBTORS' REQUEST
TO RETAIN 2010 TAX REFUND

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. Debtors are requesting to retain their 2010 tax refund of $625.00 to cover some unexpected expenses. Docket #28

2. After reviewing debtors' income and expenses listed in schedules the Trustee has no opposition to debtors Request to retain the tax refund received for year 2010, and subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this 4th day of August, 2011.

    /s/ José R. Carrion
**JOSE R. CARRION**
**CHAPTER 13 TRUSTEES**
P.O. Box 9023884
Old San Juan Station
San Juan, P.R. 00902-3884
Tel (787) 977-3535
Fax (787) 977-3550

11-00926-SEK                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | ALEXIS SANTOS RIVERA<br>PO BOX 399<br>CIDRA, PR 00739 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO POPULAR<br>PO BOX 2708<br>SAN JUAN, PR 00936 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CITIFINANCIAL INC<br>PO BOX 70923<br>CHARLOTTE, NC 28272-0923 |
| CITIFINANCIAL INC<br>PO BOX 70919<br>CHARLOTTE, NC 28272-0919 | FIA CARD SERVICES / BANK OF AMERICA<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| FIA CARD SERVICES NA AS SUCCESOR<br>BANK OF AMERICA NA AND MBNA AMERICA BANK<br>1000 SAMOSET DRIVE<br>DE5 023 03 03 | FIA CSNA<br>PO BOX 17054<br>WILMINGTON, DE 19850 |
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR 00910-1427 | FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| FIRST BANK PUERT RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 | FIRST BANK PUERTO RICO<br>PRESTAMOS PERSONALES<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 |
| FIRSTBANK PUERTO RICO<br>C/O CARDONA-JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | GE MONEY BANK<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 |
| HOME DEPOT<br>PO BOX 103108<br>ROSWELL, GA 30076-9108 | HOME DEPOT<br>PO BOX 530919<br>ATLANTA, GA 30353-0919 |

| | |
|---|---|
| POLICIA DE PR<br>ATT. DIV. NOMINA<br>PO BOX 70166<br>SAN JUAN, PR  00936 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 |
| RADIO SHACK<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD  57117 |
| UNEMPLOYMENT<br>, PR  00000 | |

DATED:  August 04, 2011

Andres Manzano
OFFICE OF THE CHAPTER 13 TRUSTEE