UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:  
ALEXIS SANTOS RIVERA  
MARIA SOCORRO CRUZ VELAZQUEZ

CASE NO. 11-00926-MCF

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**   Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$10,347.00   R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,874.00     Fees paid: $1,294.55     Fees Outstanding: $1,579.45**

With respect to the proposed (amended) Plan dated: **8/16/2011** (Dkt 32).     Plan Base: **22,800.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Insufficiently Funded : Fails CREDITORS' BEST INTEREST TEST [§1325(a)(4)]
    Liquidation Value present value at 6% = $12,002. Plan needs funds to cover payments for $22,450.53, hence minimum base after adding trustee fee is $24,945. The proposed plan is short by ($2,145).

- Feasibility [§1325(a)(6)]
    Debtor is one month in default – August 2011 for $300.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

   In San Juan, Puerto Rico this September 02, 2011.

/s/ Jose R. Carrion  
_____  
JOSE R. CARRION  
CHAPTER 13 TRUSTEE  
PO Box 9023884, San Juan, PR 00902-3884  
Tel. (787) 977-3535  Fax  (787) 977-3550

jrc